# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**J&J Sports Productions, Inc.**

Plaintiff(s)

V.                        **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Saul Hernandezsilva**

Defendant(s)          **CASE NUMBER:**          10cv389-W(WVG)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that the Court grants Plaintiff's motion for default judgment against Defendants  and orders that judgment be entered in favor Plaintiff in the amount of $1,800 in damages. Plaintiff's request for attorney's fees and costs is denied without prejudice...................................................................
.......................................................................................................................................................

| September 16, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By)
       Deputy Clerk
ENTERED ON September 16, 2010